JUSTIN T. TOTH, Esq.
[*Will comply with L.R. IA 11-2 within 45 days of first appearance*]
CALVIN R. WINDER, Esq.
Nevada Bar No. 13032
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone:   (801) 532-1500
Fax:   (801) 532-7543
Email:   jtoth@rqn.com
  cwinder@rqn.com

LOUIS M. BUBALA III, Esq.
Nevada Bar No. 8974
KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Telephone:   (775) 852-3900
Fax:   (775) 327-2011
Email:   lbubala@kcnvlaw.com

*Attorneys for Defendant*
*Andrew Whitney dba Rearden Materials*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GHOST LABS, LTD, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW WHITNEY, individually and DBA REARDEN MATERIALS; and DOES 1–100,<br><br>Defendants. | Case No. 3:19-cv-00760-MMD-CLB<br><br>**DEFENDANT ANDREW WHITNEY DBA REARDEN MATERIALS' REMOVAL STATEMENT** |

Pursuant to the Court's December 23, 2019 Minute Order (ECF No. 2), Defendant Andrew Whitney dba Rearden Materials ("Defendant") hereby states as follows:

1. Defendant was served with a copy of the Complaint on November 20, 2019.

2. Defendant was served with a copy of the Summons on November 20, 2019.

3. Complete diversity of citizenship exists in this case based on the following:

   a. Plaintiff brought this action under the name, Ghost Labs, Ltd, a Nevada limited liability company.  Plaintiff's counsel has since advice defendant that is incorrectly identified the name of the plaintiff.  Plaintiff intends to amend the complaint, and, after review of the proposed amendment, Defendant intends to stipulation to the amendment.

   b. Plaintiff's counsel advises the correct name of the plaintiff is Ghost Labs, LLC, a Delaware limited liability company, and represents that its members are:

      i. Polymer80 Inc., a Nevada corporation, with a principal place of business in Dayton, Nevada, and

      ii. IIA, LLC, a Delaware limited liability company.  In turn, the members of IIA, LLC are

         1. an individual who resides in California, and

         2. A trust whose trustee resides in Illinois.

         3. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("[A] corporation is a citizen only of (1) the state where its principal place of business is located, and (2) the state in which it is incorporated."); *id.* ("[A]n LLC is a citizen of every state of which its owners/members are citizens."); *id.* ("A trust has the citizenship of its trustee or trustees.").

   c. Defendant is a citizen of North Carolina, *see* Compl. ¶ 2.

   d. There are no other named defendants in this action.

4. Concerning the amount in controversy, Plaintiff alleged it is owed approximately $285,000.00, *id.* at ¶ 35, in excess of $75,000.00, exclusive of interest and costs.

5. Defendant's Notice of Removal was filed on December 20, 2019, within thirty (30) days of first receiving a copy of the Summons and Complaint on November 20, 2019.

6. The state court action was commenced on October 4, 2019, less than one (1) year prior to the date of removal on December 20, 2019.

DATED January 7, 2020

RAY QUINNEY & NEBEKER P.C.

By:  */s/ Calvin R. Winder*
     JUSTIN T. TOTH, Esq.
     CALVIN R. WINDER, Esq.

KAEMPFER CROWELL

By:  */s/ Louis M. Bubala III*
     LOUIS M. BUBALA III, Esq.

*Attorneys for Defendant Andrew Whitney dba Rearden Materials*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of Kaempfer Crowell, I am over the age of 18 and my business address is 50 W. Liberty Street, Suite 700, Reno, Nevada. On January 7, 2020, I electronically filed the foregoing **DEFENDANT ANDREW WHITNEY DBA REARDEN MATERIALS' REMOVAL STATEMENT** with the Clerk of this Court by using the CM/ECF system which provided notice to the following interested parties:

>Austin K. Sweet, Esq.
>John R. Funk, Esq.
>GUNDERSON LAW FIRM
>3895 Warren Way
>Reno, Nevada 89509

I declare under penalty of perjury that the foregoing is true and correct.

Dated January 7, 2020.

>  */s/ Cheryl Brimm*
>  An employee of Kaempfer Crowell