1  GUNDERSON LAW FIRM
2  John Funk, Esq.
   Nevada State Bar No. 12372
3  Email: jfunk@gundersonlaw.com
   Austin K. Sweet, Esq.
4  Nevada State Bar No. 11725
   Email: asweet@gundersonlaw.com
5  3895 Warren Way
   Reno, Nevada 89509
6  Telephone: 775.829.1222
7  Attorneys for Plaintiff GHOST LABS, LLC,

```
____ FILED      ____ RECEIVED
____ ENTERED    ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

         JAN 21 2020

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

## IN THE UNITED STATES DISTRCT COURT

## FOR THE DISTRICT OF NEVADA

*ORDER*

| | |
|---|---|
| GHOST LABS, LLC, a Delaware Limited Liability Company, | Case No. 3:19-cv-00760-MMD-clb |
| Plaintiff, | **STIPULATION FOR PLAINTIFF TO FILE AMENDED COMPLAINT** |
| vs. | |
| ANDREW WHITNEY, individually and DBA REARDEN MATERIALS; Does 1-100, | |
| Defendants. | |

Pursuant to LR IA 6-2, Plaintiff GHOST LABS, LLC, a Delaware Limited Liability Company ("Ghost Labs"), and Defendants ANDREW WHITNEY, individually and DBA REARDEN MATERIALS (collectively referred to as "Whitney") by and through their counsel of record hereby stipulate as follows:

1. Good cause exists to allow Ghost Labs to file a First Amended Complaint to correct the jurisdiction of formation for Ghost Labs and to include certain jurisdictional allegations.

2. Whitney shall have fifteen days following the filing of the Amended Complaint to file an Answer to the First Amended Complaint.

///

///

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

-1-

1   WHEREFORE, the Parties respectfully request that the Court so order the above stipulations.

2

3   **IT IS SO ORDERED:**

4   DATED this 21st day of January, 2020.

5

6   _____

7

8   United States Magistrate Judge

9
10                                                      Respectfully submitted,

11                                                      GUNDERSON LAW FIRM

12                                                      /s/ John R. Funk, Esq.
                                                        John Funk, Esq.
13                                                      Nevada State Bar No. 12372
                                                        Austin K. Sweet, Esq.
14                                                      Nevada State Bar No. 11725
                                                        *Attorneys for Plaintiff GHOST LABS, LLC,*
15                                                      *a Delaware Limited Liability Company*

16

17                                                      KAEMPFER CROWELL

18                                                      /s/ Louis M. Bubala, Esq.
                                                        Louis M. Bubala, Esq.
19                                                      Nevada State Bar No. 8974
                                                        50 West Liberty Street, Suite 700
20                                                      Reno, NV 89501
                                                        Telephone: (775) 852-3900
21                                                      Email: lbubala@kcnvlaw.com
22                                                      *Attorneys for Defendant Andrew*
                                                        *Whitney DBA Rearden Materials*
23

24

25

26

27

28

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222