JUSTIN T. TOTH
*Admitted Pro Hac Vice*
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Fax: (801) 532-7543
Email: jtoth@rqn.com

LOUIS M. BUBALA III
Nevada Bar No. 8974
KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Fax: (775) 327-2011
Email: lbubala@kcnvlaw.com

*Attorneys for Defendant Andrew Whitney DBA Rearden Materials*

FILED / ENTERED
JAN 21 2020
CLERK US DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GHOST LABS, LTD., a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW WHITNEY, an individual and DBA REARDEN MATERIALS; and DOES 1–100,<br><br>Defendants. | Case No. 3:19-cv-00760-MMD-CLB<br><br>ORDER<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL (CALVIN WINDER)** |

PLEASE TAKE NOTICE that Calvin Winder is no longer associated with the firm of RAY QUINNEY & NEBEKER P.C and, accordingly, is disassociated as counsel for the Defendant, ANDREW WHITNEY, an individual and doing business as REARDEN MATERIALS. Justin T. Toth of Ray Quinney & Nebeker PC and Louis M. Bubala III of

Kaempfer Crowell continue to represent the Defendant in this action. Kaempfer Crowell respectfully requests the removal of CALVIN WINDER from the service list of attorneys associated with this case, as well as future pleadings, notices, orders, other court documents, and counsel's proofs of service.

DATED January 17, 2020.

> KAEMPFER CROWELL
>
> By  /s/ Louis M. Bubala III
>   Louis M. Bubala III, State Bar No. 8974
>   50 W. Liberty Street, Suite 700
>   Reno, Nevada 89501
>
> Attorneys for Andrew Whitney

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 1/21/2020

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of KAEMPFER CROWELL; and that on the date below, I electronically filed the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL** with the Clerk of this Court by using the CM/ECF system which provided notice to the following interested parties:

> John Funk, Esq.
> Austin K. Sweet, Esq.
> Gunderson Law Firm
> 3895 Warren Way
> Reno, Nevada 89509

I declare under penalty of perjury that the foregoing is true and correct.

Dated January 17, 2020.

By /s/ *Merrilyn Marsh*