JUSTIN T. TOTH
*Admitted Pro Hac Vice*
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone:   (801) 532-1500
Fax:              (801) 532-7543
Email:           jtoth@rqn.com

LOUIS M. BUBALA III
Nevada Bar No. 8974
KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Telephone: (775) 852-3900
Fax:             (775) 327-2011
Email:          lbubala@kcnvlaw.com

*Attorneys for Defendant Andrew Whitney
DBA Rearden Materials*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GHOST LABS, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW WHITNEY, an individual and DBA REARDEN MATERIALS; and DOES 1–100, <br><br> Defendants. | Case No. 3:19-cv-00760-MMD-CLB <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DEFENDANT TO PROVIDE ACCOUNTING** <br><br> **[FIRST REQUEST]** |

[This stipulation is the same as Dkt. 22, but includes counsel signatures.]

Plaintiff GHOST LABS, LLC, and Defendant ANDREW WHITNEY stipulate to the following:

1.      On February 10, 2020, the Parties filed their Joint Case Management Report and Stipulated Discovery Plan and Scheduling Order (Dkt. 19). The Parties agreed that in anticipation of a mediation, Mr. Whitney would provide an accounting to Ghost Labs, LLC, on or before February 28, 2020. *Id.* at 6, Par. X. The Court orally approved the term during the Case Management Conference and entered its order on February 18, 2020 (Dkt. 20-21).

2.      Mr. Whitney still is preparing an accounting. He has been delayed by illness in his family and travel.

3.      The Parties were unable to find a mutually agreeable date for a mediation in April 2020, and are currently reviewing dates in May 2020.

4.      Based on the above, Mr. Whitney has requested, and Ghost Labs, LLC, has agreed to extend the deadline for the production of the accounting from on or before February 28, 2020, by one week, to be produced on or before March 6, 2020.

DATED February 27, 2020.

| GUNDERSON LAW FIRM | KAEMPFER CROWELL |
|---|---|
| By: /s/John Funk<br>    John Funk | By: /s/Louis M. Bubala III<br>    Louis M. Bubala III |
| Attorneys for Ghost Labs, Ltd. | Attorneys for Andrew Whitney |

**IT IS SO ORDERED.**

_____
United States Magistrate Judge
Dated this 28th day of February, 2020