LOUIS M. BUBALA III
Nevada Bar No. 8974
KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Telephone:   (775) 852-3900
Fax:         (775) 327-2011
Email:       lbubala@kcnvlaw.com

*Attorneys for Defendant Andrew Whitney*
*DBA Rearden Materials*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GHOST LABS, LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>    *vs.*<br><br>ANDREW WHITNEY, an individual and DBA REARDEN MATERIALS; and DOES 1–100,<br><br>                    Defendants. | Case No. 3:19-cv-00760-MMD-CLB<br><br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Ghost Labs, LLC, and Defendant Andrew Whitney, individually and doing business as Rearden Materials, stipulate to dismiss this action without prejudice.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party is to bear its own fees and costs.

DATED April 1, 2020.

GUNDERSON LAW FIRM

By: _/s/John Funk_____
    John Funk

Attorneys for Ghost Labs, Ltd.

KAEMPFER CROWELL

By: _/s/Louis M. Bubala III_____
    Louis M. Bubala III

Attorneys for Andrew Whitney

IT IS SO ORDERED:

Dated: 4/2/2020

_____
Miranda M. Du, Chief U.S. District Judge

KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada 89501